IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARIMANTAS SIEMASKA | ) |
| | ) Case No. 3:12-0885 |
| v. | ) JUDGE SHARP |
| | ) |
| THE STANDARD INSURANCE COMPANY, | ) |
| GROUP LONG TERM DISABILITY PLAN | ) |
| FOR T-MOBILE | ) |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket No. 18) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE